MICHAEL T. *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 122 Conn. App. 416 (AC 30046), is granted, limited to the following issue:

"Whether the Appellate Court properly held that trial counsel rendered deficient performance by failing to present expert testimony?"

The Supreme Court docket number is SC 18676.

*Frederick W. Fawcett,* special assistant state's attorney, in support of the petition.

*Temmy Ann Pieszak,* chief of habeas corpus services, in opposition.

Decided September 15, 2010

DANIEL D'AMICO *v.* ACE FINANCIAL
SOLUTIONS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 230 (AC 30124), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the exclusionary provision in General Statutes § 31-284 (a) barring actions by employees against their employers in workers' compensation claims immunizes independent third parties?"

McLACHLAN and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18678.

*Harvey L. Levine* and *Jennifer B. Levine,* in support of the petition.

*Philip T. Newbury, Jr.,* in opposition.

Decided September 15, 2010